■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEON H. THOMPSON, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Decision of this court, handed down October 1, 1959 (*ante*, p. 699), denying application of the appellant to prosecute appeal as a poor person vacated and set aside. Application to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of

the record and five typewritten copies of the brief. Application for assignment of counsel denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.